1  Myron F. Smith, #072722
   LAW OFFICE OF MYRON F. SMITH
2  4321 N West Ave, Suite #105
   Fresno, CA 93705
3  Telephone:  (559) 226-5400
   Facsimile:  (559) 226-5108
4

5  Attorney for Plaintiff, Fronk's Mountain Drilling Co., Inc.

6

7                    UNITED STATES DISTRICT COURT

8                       EASTERN DISTRICT, FRESNO

9

10 Fronk's Mountain Drilling Co., Inc.    )
                                          )  Case No.: 1:12-CV-00121-LJO-GSA
11         Plaintiff,                     )
                                          )  ORDER RE REQUEST FOR DISMISSAL
12     vs.                                )  WITHOUT PREJUDICE
                                          )
13 Star Insurance et al                   )
                                          )
14         Defendant                      )

15         Having read and considered the request of the parties' stipulation, the

16 complaint of Fronk et al v Star Insurance et al is dismissed without prejudice.

17     The clerk is directed to close this action.

18

19
   IT IS SO ORDERED.
20
21     Dated:   **February 17, 2012**              **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES DISTRICT JUDGE
22

23

24

25

26

27

28

ORDER FOR DISMISSAL - 1